In re TILDEN et al. (Supreme Court, Appellate Division, First Department. March 13, 1914.) In the matter of the petition of George H. Tilden and others. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TITLE GUARANTY & SURETY CO. v. McNALLY et al. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by the Title Guaranty & Surety Company against Thomas McNally and others. No opinion. Motion granted, with $10 costs. Order filed.

TOWNSEND, Respondent, v. T. A. GILLESPIE CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Charles Townsend against T. A. Gillespie Company. No opinion. Judgment and order unanimously affirmed, with costs.

TREEGER, Respondent, v. MASON–SEAMAN TRANSP. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1914.) Appeal from Trial Term, New York County. Action by Samuel Treeger against the Mason-Seaman Transportation Company. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Reversed, and new trial ordered. William H. Corbitt, of New York City, for appellant. J. Nathan Holfat, of New York City, for respondent.

PER CURIAM. The judgment and order appealed from should be reversed, and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict was contrary to the weight of the evidence as to the negligence of the defendant and the absence of contributory negligence on the part of the plaintiff.

TRIFANT v. WILLIAMS. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by Ruth L. Trifant against Henry G. Williams. No opinion. Motion granted, with $10 costs. Order filed.

TRIMBLE, Respondent, v. MACKENZIE, Appellant. (Supreme Court, Appellate Division, First Department. April 3, 1914.) Action by Mary Trimble against Mary H. MacKenzie. T. F. Kuper, of New York City, for appellant. H. W. Smith, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

TRIPLER, Respondent, v. FAIRCHILD, Appellant. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Lorenzo E. Tripler against Harry P. Fairchild. W. E. Van Steenbergh, of New York City, for appellant. D. Whitford, of New York City, for respondent. No opinion. Order af-

firmed, with $10 costs and disbursements. Order filed.

TROIANO et al. v. EGAN et al. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Andrew Troiano and others against Charles E. Egan and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 154 App. Div. 940, 139 N. Y. Supp. 1148.

TUBBS et al., Appellants, v. HULSE et al., Respondents. (Supreme Court, Appellate Division, First Department. April 3, 1914.) Action by George W. Tubbs and others against Frederick Hulse and others, as trustees, etc., J. A. Gray, of New York City, for appellants. D. Cady Herrick, of Albany, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 159 App. Div. 905, 144 N. Y. Supp. 1148.

TULL, Respondent, v. BARRETT, Appellant. (Supreme Court, Appellate Division, First Department. February 20, 1914.) Action by Edward E. Tull against Marion A. Barrett. R. P. Buell, of New York City, for appellant. C. O. Maas, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 154 App. Div. 938, 139 N. Y. Supp. 1148.

TUTHILL v. FORBES. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Frank E. Tuthill against Margaret E. Forbes. No opinion. Application granted. Order filed. See, also, 145 N. Y. Supp. 660.

TYNDALL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by Mary A. Tyndall, as administratrix, etc., of James J. Tyndall, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 157 App. Div. 186, 141 N. Y. Supp. 879; 146 N. Y. Supp. 1115.

TYNDALL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 13, 1914.) Action by Mary A. Tyndall, as administratrix, etc., of James J. Tyndall, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Motion granted. See, also, 146 N. Y. Supp. 1115.

UNIACK, Respondent, v. MERCHANTS' UNION ICE CO., Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Appeal from Trial Term, New York County. Action by Cornelius Uniack against the Merchants' Union Ice Company. From a judgment for plaintiff, defendant appeals. Re-